KEPPLER BROS. CO. v. OTTO HEINRICHSDORF.

SPECIFIC PERFORMANCE OF LEASE RENEWAL REFUSED WHEN CONDITION PRECEDENT NOT PERFORMED.

Equity will not decree specific performance by lessor of his covenant to renew when lessee, in consequence of his own ignorance, negligence and default, to which lessor in no way contributed, failed to perform his covenant, which was a condition precedent to renewal, to give lessor written notice of his intention to accept or decline the additional term six months before the expiration of the lease.

APPEAL from court of common pleas of Hamilton county.

**Theodore Kemper** and **Matthews & Merrill,** for plaintiff.

**A. H. Bode,** for defendant.

**GIFFEN, J.**

This action was brought to enforce specific performance of the following covenant of a lease:

"Lessor agrees at the expiration of the present lease to give lessee an additional five years upon the same terms and conditions mentioned in this lease, lessee agreeing to give lessor, six months before the expiration of the present lease, a written notice of his intention to accept or decline the additional five years' lease."

The notice was given less than five months before the expiration of present lease.

The covenant to give notice was a condition precedent to the granting of an additional term of five years, and not being performed within the time prescribed, equity will not aid the lessee to avoid the consequences of his own negligence or ignorance, to which the lessor in no way contributed.

The lease was in the possession of the plaintiff and if consulted would have disclosed that a written notice was required.

The evidence fails to show that the defendant or his agent misled the plaintiff, or waived the provision of notice.

The petition will be dismissed.

**Jelke** and **Swing, JJ.,** concur.